VSL/2021R00677

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| | : | |
| v. | : | Crim. No. 22-CR-99 |
| | : | |
| ANTWAIN FREEMAN | : | 18 U.S.C. § 4 |

## **I N F O R M A T I O N**

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

From in or around December 2019 through in or around August 2021, in Hudson County, in the District of New Jersey and elsewhere, the defendant,

ANTWAIN FREEMAN,

having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, the operation of an unlicensed money transmitting business, a violation of Title 18, United States Code, Section 1960, concealed and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

In violation of Title 18, United States Code, Section 4.


*Philip R. Sellinger*
PHILIP R. SELLINGER
United States Attorney